167 So. 801

## TRAINUM v. STATE.

I Div. 213.

Court of Appeals of Alabama.

April 21, 1936.

Carl M. Booth, of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge. .

The record proper in this case appears regular in all things.

■■ In the transcript before us there appears a purported bill of exceptions. But it cannot be considered, for the reason that it has never been "authenticated by the signature of the judge presiding at the trial [or otherwise], as the statute requires." Sharpe v. Hughes et al., 202 Ala. 510, 80

So. 798; Code 1923, § 6432 et seq.; Hendrix v. State, 25 Ala.App. 296, 145 So. 501; Young v. State, 24 Ala.App. 240, 133 So. 750. The fact that the *intended* bill of exceptions bears the indorsement that it was *presented* to the trial judge cannot be considered an "authentication." Ib.

The judgment is affirmed.

Affirmed.